UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff

DECISION and ORDER

-vs-

11-CR-6089

JAMES BROME,

                Defendant
_____

**Siragusa, J.** This case was referred by text order of the undersigned, entered on May 12, 2011, to Magistrate Judge Jonathan W. Feldman pursuant to 28 U.S.C. § 636(b)(1)(A)-(B), ECF No. 11.  On September 26, 2011, Defendant filed an omnibus motion, ECF No. 81, seeking *inter alia* suppression of the following: fruits of Title III surveillance; physical evidence; and statements.  On September 5, 2012, Magistrate Judge Feldman filed a Report and Recommendation ("R&R"), ECF No. 166,  recommending that the Court deny Defendant's applications to suppress. The time has passed for Defendant to file any objections to the R&R, and  none have been filed.

Accordingly, for the reasons set forth in Magistrate Judge Feldman's R&R, Defendant's application to suppress the fruits of Title III surveillance is denied, his application to suppress physical evidence is denied, and application to suppress statements is denied.

    IT IS SO ORDERED.

Dated:  Rochester, New York
         September 26, 2012

                ENTER:

                        */s/ Charles J. Siragusa*
                        CHARLES J.  SIRAGUSA
                        United States District Judge